# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 15, 2022

### NO.  03-21-00501-CV

**Tony Dinwiddie, Appellant**

**v.**

**Margaret Danielle Pottin and Jennifer Ann Francis, Appellees**

**APPEAL FROM THE 169TH DISTRICT COURT OF BELL COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND KELLY
AFFIRMED -- OPINION BY CHIEF JUSTICE BYRNE
DISSENTING OPINION BY JUSTICE TRIANA**

This is an appeal from the judgment signed by the trial court on October 1, 2021.  Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment.  Therefore, the Court affirms the trial court's judgment.  The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.